

FILED

APR 11 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _FF_                    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jesus Ignacio IRIBE-Gastelum<br><br>Defendant. | Magistrate Case No. **08 MJ 8317**<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about April 10, 2008, within the Southern District of California, defendant Jesus Ignacio IRIBE-Gastelum did knowingly and intentionally import approximately 13.92 kilograms (30.22 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Rafael Silva,
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 11th DAY OF APRIL, 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

1 | UNITED STATES OF AMERICA

2 |    v.

3 | Jesus Ignacio IRIBE-Gastelum

4 |    STATEMENT OF FACTS

5 |    This complaint is based upon the personal observations, investigation and
6 | information provided to U. S. Immigration and Customs Enforcement Special Agent Rafael
7 | Silva.

8 |    On April 10, 2008, Jesus Ignacio IRIBE-Gastelum entered the United States at the
9 | Calexico, CA West Port of Entry. IRIBE was the sole occupant driver and registered owner
10 | of a 2007 Volkswagen Bora.

11 |    IRIBE gave a negative Customs declaration to Customs and Border Protection
12 | (CBP) Officer Stensgard. Officer Stensgard noticed IRIBE appeared to be nervous and
13 | avoided eye contact. IRIBE and the vehicle were referred to secondary.

14 |    In secondary, officers discovered thirteen (13) packages wrapped in brown postal
15 | tape hidden inside a specially built compartment in the floor board of the vehicle. The
16 | packages contained a white powdery substance which field tested positive for cocaine.
17 | The total weight of the packages was 13.92 kilograms (30.22 pounds) of cocaine.

18 |    Special Agents Silva and Douglas Struckmeyer advised IRIBE of his rights per
19 | Miranda. IRIBE stated he understood his rights and was willing to answer questions
20 | without the presence of an attorney. IRIBE stated he was to be paid $2,500.00 to smuggle
21 | narcotics into the United States.

22 |
23 |
24 |
25 |
26 |
27 |
28 |